**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-1318**
_____

DEIRDRE C. GLASCOE,

                    Plaintiff – Appellant,

          v.

CHARLES J. MARTOFF,

                    Defendant – Appellee,

          and

KATE J. FRANCIS, a/k/a Kate Martoff; MONIFA N. BAILEY; JANE
DOE 1; JANE DOE 2,

                    Defendants.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (1:09-cv-00708-GBL-TCB)

_____

Submitted:  July 19, 2012          Decided:  July 23, 2012

_____

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Deirdre C. Glascoe, Appellant Pro Se.  Thomas Douglas Lane,
THOMPSON MCMULLAN, PC, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deidre C. Glascoe appeals the district court's orders granting Appellees' motion for miscellaneous relief and requiring Glascoe to post a supersedeas bond to stay the order pending appeal. We have reviewed the record and find no reversible error. Accordingly, we affirm the order granting miscellaneous relief, which is in accord with the April 16, 2010 agreement of the parties. Glascoe's challenges to that agreement are unavailing. We deny as moot Glascoe's attack on the supersedeas bond. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED